**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **SOOKBOX DEVELOPMENT LLC,** | § § § | |
| **v.** | § § § | **CIVIL ACTION NO. 6:17-CV-152-JRG-KNM** |
| **LOGITECH INC.** | § § § § | |

## ORDER

The Court has considered Sookbox Development, LLC's ("Plaintiff") Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil procedure 41(a)(1)(A)(i).  The Court is of the opinion that the Notice should be **APPROVED**.

It is therefore **ORDERED** that Plaintiff's claims for relief against Defendant Logitech, Inc. are **DISMISSED without prejudice**.

**So ORDERED and SIGNED this 10th day of April, 2017.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE